No. 95–1506. IFILL v. DISTRICT OF COLUMBIA ET AL. Ct. App. D. C. Certiorari denied.

No. 95–1548. GASTON v. VICLO REALTY CO. ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 95–1549. ZHADANOV v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–1563. GENISH v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–1582. JENSEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 95–1588. JESPERSEN v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 95–7203. GREEN v. HOUSING AUTHORITY OF NEW ORLEANS. Ct. App. La., 4th Cir. Certiorari denied.

No. 95–7506. DOBYNE v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 95–7645. COLEY v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7675. STINE v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–7690. COLLADO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–7744. BAKER v. MARYLAND. Cir. Ct. Harford County, Md. Certiorari denied.

No. 95–7974. MCFARLAND v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 95–8017. BURRESS v. UNITARIAN-UNIVERSALIST SOCIETY OF SACRAMENTO, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8031. FRANKLYN v. VISTA DEL MAR ET AL. C. A. 9th Cir. Certiorari denied.